DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
COLLEEN P. LEHR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR. S-12-022 LKK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE** |
| ) | **STATUS HEARING AND TO EXCLUDE TIME** |
| v. ) | **PURSUANT TO THE SPEEDY TRIAL ACT** |
| ) | |
| ) | Date:  April 24, 2012 |
| COLLEEN P. LEHR, ) | Time:  9:15 a.m. |
| ) | Judge: Lawrence K. Karlton |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Philip Ferrari, Assistant U.S. Attorney, and defendant, COLLEEN P. LEHR, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference set for Tuesday, March 27, 2012, be continued to Tuesday, April 24, 2012, at 9:15 a.m.

The reason for this continuance is because more time is needed for defense preparation as additional discovery is forthcoming from the government, and for meetings between the parties with the goal being to resolve the case by way of a disposition.

It is further stipulated that the time period from the date of this stipulation, March 23, 2012, through and including the date of the new status conference hearing, April 24, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense

/ / /

/ / /

counsel with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 23, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

By:

*/s/ Matthew C. Bockmon for*  
PHILIP FERRARI  
Assistant U.S. Attorney  
Attorney for United States

*/s/ Matthew C. Bockmon*  
MATTHEW C. BOCKMON  
Assistant Federal Defender  
Attorney for Defendant  
COLLEEN P. LEHR

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on March 23, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, March 27, 2012, be vacated and that the case be set for **Tuesday, April 24, 2012, at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' March 23, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, March 23, 2012, through and including April 24, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: March 23, 2012

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT

2