1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  Matthew C. Bockmon, Bar # 161566
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   COLLEEN P. LEHR
6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, ) CASE NO. CR-S-12-022 LKK
                                )
12 |           Plaintiff,        ) **STIPULATION AND ORDER TO CONTINUE**
                                ) **STATUS HEARING AND TO EXCLUDE TIME**
13 |     v.                     ) **PURSUANT TO THE SPEEDY TRIAL ACT**
                                )
14 |                            ) Date: May 22, 2012
   | COLLEEN P. LEHR,           ) Time: 9:15 a.m.
15 |                            ) Judge: Lawrence K. Karlton
   |           Defendant.        )
16 | _____ )

17  It is hereby stipulated and agreed to between the United States of America through Philip Ferrari,

18  Assistant U.S. Attorney, and defendant, COLLEEN P. LEHR, by and through her counsel, Matthew C.

19  Bockmon, Assistant Federal Defender, that the status conference set for Tuesday, April 24, 2012, be continued

20  to Tuesday, May 22, 2012, at 9:15 a.m.

21  The reason for this continuance is because a proposed plea agreement is forthcoming from the

22  government, and defense counsel needs additional time review the plea agreement with the client once it is

23  received.

24  It is further stipulated that the time period from the date of this stipulation, April 18, 2012, through and

25  including the date of the new status conference hearing, May 22, 2012, shall be excluded under the Speedy

26  Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

27  / / /

28  / / /

with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: April 18, 2012

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |

By:

*/s/ Matthew C. Bockmon for*  
PHILIP FERRARI  
Assistant U.S. Attorney  
Attorney for United States

*/s/ Matthew C. Bockmon*  
MATTHEW C. BOCKMON  
Assistant Federal Defender  
Attorney for Defendant  
COLLEEN P. LEHR

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on April 18, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, April 24, 2012, be vacated and that the case be set for **Tuesday, May 22, 2012, at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 18, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, April 18, 2012, through and including May 22, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: April 18, 2012

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT