DANIEL J. BRODERICK, Bar #89424
Federal Defender
Matthew C. Bockmon, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
COLLEEN P. LEHR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR. S-12-022 LKK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| v. | ) |
| COLLEEN P. LEHR, | ) Date: June 12, 2012<br>) Time: 9:15 a.m.<br>) Judge: Lawrence K. Karlton |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through Philip Ferrari, Assistant U.S. Attorney, and defendant, COLLEEN P. LEHR, by and through her counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference set for Tuesday, May 22, 2012, be continued to Tuesday, June 12, 2012, at 9:15 a.m.

The reason for this continuance is because defense counsel needs additional time for consideration of the forthcoming proposed plea agreement from the government, ongoing review of discovery, and consultation with the client.

It is further stipulated that the time period from the date of this stipulation, May 18, 2012, through and including the date of the new status conference hearing, June 12, 2012, shall be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(A) &(B)(iv) and Local Code T4, due to the need to provide defense counsel

/ / /

/ / /

1  with the reasonable time to prepare, and that the ends of justice to be served by granting the continuance
2  outweigh the best interests of the public and the defendant in a speedy trial.
3  DATED: May 18, 2012
4      Respectfully submitted,

BENJAMIN B. WAGNER                      DANIEL J. BRODERICK
United States Attorney                       Federal Defender

By:

*/s/ Matthew C. Bockmon for*               */s/ Matthew C. Bockmon*
PHILIP FERRARI                             MATTHEW C. BOCKMON
Assistant U.S. Attorney                     Assistant Federal Defender
Attorney for United States                 Attorney for Defendant
                                                   COLLEEN P. LEHR

## **O R D E R**

Based on the reasons set forth in the stipulation of the parties filed on May 18, 2012, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. IT IS HEREBY ORDERED that the status conference currently scheduled for Tuesday, May 22, 2012, be vacated and that the case be set for **Tuesday, June 12, 2012, at 9:15 a.m.** The Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 18, 2012, stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded during the time period from the date of this stipulation, May 18, 2012, through and including June 12, 2012, pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 21, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT