DANIEL BRODERICK, Bar # 89424
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
COLLEEN P. LEHR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-12-022 LKK |
| Plaintiff, ) | |
| ) | **ORDER AFTER HEARING** |
| v. ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| COLLEEN P. LEHR, ) | |
| ) | |
| Defendant. ) | |

This matter came on for Status Conference on Tuesday, July 10, 2012, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Philip Ferrari appeared on behalf of the United States of America. Assistant Federal Defender Matthew C. Bockmon, appeared on behalf of Defendant COLLEEN P. LEHR, who was present out of custody.

A Further Status Conference hearing date of Tuesday, August 28, 2012, at 9:15 a.m., was set.

Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should be excluded from July 10, 2012, up to and including August 28, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served in continuing this matter to allow defendant further time to prepare outweigh the best interest of the public and the defendants to a speedy trial.

///

1   Good cause appearing therefor,

2   IT IS ORDERED that this matter is continued to **Tuesday, August 28, 2012, at 9:15 a.m.**

3   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) and Local Code T4, the period from July 10, 2012, up to and including August 28, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated: July 17, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT