1  JOSEPH SCHLESINGER, Bar # 87692
Acting Federal Defender
2  MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
3  801 I Street, 3rd Floor
Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
COLLEEN P. LEHR
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR-S-12-022 LKK
                                     )
12              Plaintiff,           )
                                     )   **ORDER AFTER HEARING**
13        v.                         )
                                     )
14                                   )   Judge: Hon. Lawrence K. Karlton
COLLEEN P. LEHR,                     )
15                                   )
                                     )
16              Defendant.           )
_____ )
17

18        This matter came on for Status Conference on Tuesday, January 8, 2013, in the courtroom of the

19  Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney Philip Ferrari appeared on

20  behalf  of the United States of America.  Assistant Federal Defender Matthew C. Bockmon, appeared on

21  behalf of Defendant COLLEEN P. LEHR, who was present out of custody.

22        A Further Status Conference/Change of Plea hearing date of Tuesday, January 29, 2013, at 9:15 a.m.,

23  was set.

24        Accordingly, the parties stipulated and agreed that the time for trial under the Speedy Trial Act should

25  be excluded from January 8, 2013, up to and including January 29, 2013, pursuant to 18 U.S.C. §3161

26  (h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4, and that the ends of justice to be served

27  in continuing this matter to allow defendant further time to prepare outweigh the best interest of the public

28  and the defendants to a speedy trial.

1    Good cause appearing therefor,

2    IT IS ORDERED that this matter is continued to **Tuesday, January 29, 2013, at 9:15 a.m.**

3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(A)&(B)(iv) and Local Code T4,

4    the period from January 8, 2013, up to and including January 29, 2013, is excluded from the time

5    computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of

6    justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

7    Dated:  January 11, 2013

8

9

10   LAWRENCE K. KARLTON
     SENIOR JUDGE
11   UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2