BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. S 12-022 LKK |
| ) | |
| Plaintiff, ) | ORDER EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| v. ) | |
| ) | |
| COLLEEN LEHR, ) | Date: February 5, 2013 |
| ) | Time: 9:15 a.m. |
| Defendant. ) | Hon. Lawrence K. Karlton |
| _____) | |

On January 29, 2013, the defendant appeared before the Court and requested the appointment of new counsel. The defendant's request was granted, and a hearing to address status of counsel was set for February 5, 2013. Based upon the foregoing, the ends of justice are served by the Court excluding the time between January 29, 2013, and February 5, 2013, so that new counsel may be appointed for the defendant and that new counsel may begin to become familiar with the discovery previously produced in this case. 18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

Accordingly, **IT IS HEREBY ORDERED** that:

Time shall be excluded from computation under the Speedy Trial

1  Act from January 29, 2013, through February 5, 2013, so that the
2  defendant may obtain new appointed counsel.  The interests of
3  justice served by granting this continuance and excluding time under
4  the Speedy Trial Act outweigh the best interests of the public and
5  the defendants in a speedy trial.
6      **IT IS SO ORDERED.**

8  DATED: February 4, 2013

   LAWRENCE K. KARLTON
   SENIOR JUDGE
   UNITED STATES DISTRICT COURT