```
BENJAMIN WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COLLEEN LEHR, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. S 12-022 LKK <br><br> ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br><br> Date: March 25, 2014 <br> Time: 9:00 a.m. <br> Hon. Lawrence K. Karlton |

On August 20, 2013, the defendant appeared before the Court with her counsel, Candice Fields. The parties requested that the case be set for a jury trial to commence on March 25, 2014, and a trial confirmation hearing on March 4, 2014. Additionally, the parties agreed that time would appropriately be excluded from calculation under the Speedy Trial Act so that counsel for both parties could have reasonable time to prepare the case for trial. As the parties have previously stated, the discovery in this case consists of over 700 pages. The parties agree that the ends of justice are served by the Court excluding the time between August 20, 2013, and March 25, 2014. 18 U.S.C. § 3161(h)(7)(B)(iv) (local Code T4).

1  Accordingly, **IT IS HEREBY ORDERED** that:

2  Time shall be excluded from computation under the Speedy Trial Act from August 20, 2013, through March 25, 2014, so that the parties have reasonable time to prepare the case for trial. The interests of justice served by granting this continuance and excluding time under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS SO ORDERED.**

DATED: August 23, 2013

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT